File No. 1694-27

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| LUTRELL RENEAU | ) | Case No. 06 B 09057 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| DEBTOR(S), | ) | Honorable Judge Jack B. Schmetterer |

## RESPONSE TO NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATION

Now comes Litton Loan Servicing, LP ("Litton") and files this Response to the Trustee's Notice of Final Mortgage Cure Amount and in support states as follows:

1.  On July 6, 2010, Chapter 13 Trustee Marilyn O. Marshall filed a Notice of Payment of Final Mortgage Cure Amount. The Notice was subsequently served on Litton and indicated that if the creditor is not post petition current, it must file a response. This response is being filed pursuant to the Notice. Litton is the servicer for the mortgage.

2.  The Debtor is not current on her post-petition mortgage payments regarding the real estate located at: 1621 N. Mead, Chicago, Illinois 60639 ("Real Estate"). The plan was confirmed on October 4, 2006.

3.  Since there is a post petition default the mortgage should not be considered fully reinstated.

4.  The loan is due based upon post-petition arrears on the mortgage due at the time of the Trustee's Notice. The following is due and owning post-petition:

    i) The post-petition monthly payment is $323.46. The payments missed include: August 2007, December 2007, January 2008, April 2008, September 2008, November

2008, December 2008, March 2009, May 2009, October 2009, January 2010, February 2010, May 2010, and June 2010, for a total of fourteen missed post-petition payments.

That the total post petition default totals $4,528.44. The mortgagee should not be required to treat the mortgage as reinstated and fully current. The creditor reserves the right to amend this response.

                                    Respectfully submitted,

                                    /s/ Mitchell A. Lieberman
Mitchell A. Lieberman # 6193234
Noonan & Lieberman, Ltd.
Attorney for Litton Loan Servicing, LP
105 W. Adams, Suite 3000
Chicago, Illinois 60603
(312) 431-1455